**Form 314**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Annamaria Loris** | : | Case No. 18–24333–GLT |
| **aka Anna Maria Lori, aka Anna Maria** | : | Chapter: 13 |
| **Lamanna, aka Anna Maria Johnson, and** | : | Next Hearing Date: June 13, 2019 at |
| **others...** | : | 9:30 AM |
| *Debtor(s)* | | |

## ORDER

AND NOW, this **The 29th of March, 2019,** as a result of the Proceeding held on March 25, 2019, it is hereby **ORDERED, ADJUDGED and DECREED** as follows: (only the provisions checked below apply to this case).

☐    A.    The Parties cannot resolve the plan disputes, therefore, **on or before May 10, 2019,** all **Objections** to the proposed *Plan*, if any, shall be filed and served on Debtor, Chapter 13 Trustee and any creditor whose claim may be affected by the Objection. **Objections which are not timely filed will not be considered.**

On June 13, 2019 at 09:30 AM, a Conciliation Conference is scheduled in 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 at which time the Proponent of any *Objection* to the *Plan* and Counsel for the Debtor(s) shall appear and mediate the issues raised in the *Objection*.

If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☑    B.    **On or before April 19, 2019,** the Debtor shall file an **Amended Plan**, serving a copy of the *Amended Plan* and this *Order* on the Chapter 13 Trustee and all interested parties (all Parties listed on the current mailing matrix) and file a Certificate of Service with the Clerk of the Bankruptcy Court. *Failure to timely comply with the filing of the Amended Plan referred to in this Order will result in the automatic dismissal of this case without further notice or hearing.* **On or before May 10, 2019, Objections** to the proposed *Plan*, if any, shall be filed and served on Debtor, Chapter 13 Trustee and any creditor whose claim may be affected by the Objection. **Objections which are not timely filed will not be considered.**

On June 13, 2019 at 09:30 AM, a Conciliation Conference is scheduled in 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 at which time the Proponent of any Objection to the Plan and Counsel for the Debtor(s) shall appear and mediate the issues raised in the Objection.

If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

continued on reverse side or next page

☐   C.

It is **FURTHER ORDERED** that the Debtor shall timely make full plan payments to the Chapter 13 Trustee, on or before the date upon which the respective plan payment is due, *time being of the essence*. The first payment is due thirty (30) days after the Chapter 13 Plan has been filed. Any failure to make pre–confirmation payments to the Trustee may result in the dismissal of the case upon the Trustee.s written or oral motion made prior to the or at the plan confirmation hearing.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

If Paragraph A, above, is checked, Case Administrator to serve all Parties on the Mailing Matrix.

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 18-24333-GLT
Annamaria Loris                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dbas          Page 1 of 4          Date Rcvd: Mar 29, 2019
                              Form ID: 314         Total Noticed: 98


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 31, 2019.
db           +Annamaria Loris,   566 Thomas Street Extension,   Bridgeville, PA 15017-2816
cr           +Borough of Carnegie,   Goehring, Rutter, and Boehm,   437 Grant Street, 14th Floor,
               Frick Building,   Pittsburgh, PA  15219,   UNITED STATES 15219-6101
cr           +Carlynton School District,   Goehring, Rutter & Boehm,   437 Grant Street, 14th Floor,
               Frick Building,   Pittsburgh, PA 15219-6101
cr           +City and School District of Pittsburgh,   Goehring, Rutter & Boehm,
               437 Grant Street, 14th Floor,   Frick Building,   Pittsburgh, PA  15219,
               UNITED STATES OF AMERICA 15219-6101
cr           +County of Allegheny,   Goehring, Rutter, and Boehm,   437 Grant Street, 14th Floor,
               Frick Building,   Pittsburgh, PA  15219,   UNITED STATES OF AMERICA 15219-6101
cr           +Municipality of Mt. Lebanon,   Goehring, Rutter, and Boehm,   437 Grant Street, 14th Floor,
               Frick Building,   Pittsburgh, PA  15219,   UNITED STATES 15219-6101
cr           +Pittsburgh Water & Sewer Authority,   Goehring, Rutter, and Boehm,
               437 Grant Street, 14th Floor,   Frick Building,   Pittsburgh, PA  15219,
               UNITED STATES OF AMERICA 15219-6101
cr           +Township of Collier/Chartiers Valley School Distri,   Goehring, Rutter, and Boehm,
               437 Grant Street, 14th Floor,   Frick Building,   Pittsburgh, PA  15219,
               UNITED STATES 15219-6101
cr           +Township of Scott,   Goehring, Rutter & Boehm,   437 Grant Street, 14th Floor,   Frick Building,
               Pittsburgh, PA  15219,   UNITED STATES OF AMERICA 15219-6101
14943685     +Account Recovery Service,   P.O. Box 7648,   Goodyear, AZ 85338-0645
14943688     +Allied Interstate, LLC,   7525 W. Campus Road,   New Albany, OH 43054-1121
14943691     +American Express,   PO Box 297871,   Fort Lauderdale, FL 33329-7871
14943692     +American Express,   c/o Beckett & Lee,   P.O. Box 3001,   Malvern, PA 19355-0701
14954701      American Express National Bank,   c/o Becket and Lee LLP,   PO Box 3001,
               Malvern  PA 19355-0701
14943694     +Barclays Bank Delaware,   125 S. West Street,   Wilmington, DE 19801-5014
14986778     +Borough of Carnegie,   Goehring, Rutter & Boehm,   c/o Jeffrey R. Hunt, Esquire,
               437 Grant Street, 14th Floor,   Frick Building,   Pittsburgh, PA 15219-6101
14943695     +Borough of Carnegie,   C/O Jordan Tax,   102 Rahway Road,   Canonsburg, PA 15317-3349
14943699     +Brett A. Solomon,   Tucker Arensberg,   1500 One PPG Place,   Pittsburgh, PA 15222-5413
14949370      CACH, LLC its successors and assigns as assignee,   of General Electric Capital Corporation,
               Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14943702     +Capital Accounts,   1642 Westgate Cir Ste 20,   Brentwood, TN 37027-8195
14943703     +Capital One,   c/o Beckett & Lee LLP,   P.O. Box 3001,   Malvern, PA 19355-0701
14968104      Capital One, N.A.,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
14993473     +Carlynton School District,   Goehring, Rutter & Boehm,   c/o Jeffrey R. Hunt, Esquire,
               437 Grant Street, 14th Floor,   Frick Building,   Pittsburgh, PA 15219-6101
14943704     +Carlynton School District,   C/O Jordan Tax Service Inc.,   102 Rahway Road,
               Canonsburg, PA 15317-3349
14943707     +Cerastes,   C/O Weinstein, Pinson and Rile,   2001 Western Avenue, Ste 400,
               Seattle, WA 98121-3132
14943710     +Chartiers Valley SD,   c/o Jordan Tax Service,   102 Rahway Road,   Canonsburg, PA 15317-3349
14943708     +Chartiers Valley School District,   C/O Jordan Tax Services, Inc.,   102 Rahway Road,
               Canonsburg, PA 15317-3349
14986823     +Chartiers Valley School District,   Goehring, Rutter & Boehm,   c/o Jeffrey R. Hunt, Esquire,
               437 Grant Street, 14th Floor,   Frick Building,   Pittsburgh, PA 15219-6101
14943711     +Chase Card,   PO Box 15298,   Wilmington, DE 19850-5298
14943712     +City & School District of Pittsburgh,   C/O Jordan Tax,   Real Estate Taxes,   PO Box 747017,
               Pittsburgh, PA 15274-7017
14986898     +City of Pittsburgh/School District of Pittsburgh,   Goehring, Rutter & Boehm,
               c/o Jeffrey R. Hunt, Esquire,   437 Grant Street, 14th Floor,   Frick Building,
               Pittsburgh, PA 15219-6101
14943715     +Convergent Outsourcing,   800 SW 39th Street,   Renton, WA 98057-4927
14986900     +County of Allegheny,   Goehring, Rutter & Boehm,   c/o Jeffrey R. Hunt, Esquire,
               437 Grant Street, 14th Floor,   Frick Building,   Pittsburgh, PA 15219-6101
14943718     +County of Allegheny,   C/O Jordan Tax Service, Inc.,   PO Box 200,   Bethel Park, PA 15102-0200
14943716     +County of Allegheny,   C/O Jordan Tax Service,   102 Rahway Road,   Canonsburg, PA 15317-3349
14943728     +G.S. Jones Restoration,   8347 Ohio River Blvd.,   Pittsburgh, PA 15202-1451
14943729     +Goehring Rutter & Boehm,   437 Grant Street, 14th Floor,   Attn: Jeffrey Hunt,
               Pittsburgh, PA 15219-6107
14943730     +I. C. System, Inc.,   PO Box 64378,   Saint Paul, MN 55164-0378
14943733     +Jordan Tax Service,   102 Rahway Road,   Canonsburg, PA 15317-3349
14964231     +KeyBank N.A., as S/B/M to First Niagara Bank, NA,   4910 Tiedeman Rd,   Brooklyn, OH 44144-2338
14943738     +Kia Motors Finance,   PO Box 20815,   Fountain Valley, CA 92728-0815
14943740     +Macy/DSNB,   9111 Duke Blvd.,   Mason, OH 45040-8999
14986819     +Municipality of Mt. Lebanon,   Goehring, Rutter & Boehm,   c/o Jeffrey R. Hunt, Esquire,
               437 Grant Street, 14th Floor,   Frick Building,   Pittsburgh, PA 15219-6101
14943742     ++NATIONWIDE INSURANCE,   SERVICE OF PROCESS TEAM,   THREE NATIONWIDE PLAZA,   MAIL CODE 3-11-310,
               COLUMBUS OH 43215-2410
              (address filed with court: Nationwide Bank,   1 Nationwide Plaza,   Columbus, OH 43215)
14943744      NCO Financial,   PO Box 13574,   Philadelphia, PA 19101
14943748     +NEJ Abatement Group,   400 Railroad Street,   Pittsburgh, PA 15235-2442
14943751     +PNC Bank,   2730 Liberty Avenue,   Pittsburgh, PA 15222-4747

```
District/off: 0315-2          User: dbas              Page 2 of 4             Date Rcvd: Mar 29, 2019
                             Form ID: 314             Total Noticed: 98


14943752      +PNC Bank,   c/o Brett A. Solomon, Esq,   Tucker Arensberg PC,   1500 One PPG Place,
               Pittsburgh, PA 15222-5413
14943750      +PNC Bank,   The Tower at PNC Plaza,   300 5th Avenue,   Pittsburgh, PA 15222-2401
14978533      +PNC Bank, N.A.,   P.O. Box 94982,   Cleveland, OH 44101-4982
14969798      +Peoples Natural Gas Company LLC,   c/o S. James Wallace, P.C.,   845 N. Lincoln Ave.,
               Pittsburgh, PA 15233-1828
14943749      +Pittsburgh Water and Sewer,   C/O Jordan Tax Service, Inc.,   102 Rahway Street,
               Canonsburg, PA 15317-3349
14986779      +Pittsburgh Water and Sewer Authority,   Goehring, Rutter & Boehm,
               c/o Jeffrey R. Hunt, Esquire,   437 Grant Street, 14th Floor,   Frick Building,
               Pittsburgh, PA 15219-6101
14943759      +Scott Township Sewer Fund,   301 Lindsay Road,   Carnegie, PA 15106-4206
14943762      +Tek Collect,   PO Box 1269,   Columbus, OH 43216-1269
14943763      +The Bureaus, Inc.,   1717 Central Street,   Evanston, IL 60201-1507
14986822      +Township of Collier,   Goehring, Rutter & Boehm,   c/o Jeffrey R. Hunt, Esquire,
               437 Grant Street, 14th Floor,   Frick Building,   Pittsburgh, PA 15219-6101
14943764      +Township of Collier,   c/o Jordan Tax Service Inc,   102 Rahway Road,
               Canonsburg, PA 15317-3349
14986830      +Township of Collier & Chartiers Valley School Dist,   Goehring, Rutter & Boehm,
               c/o Jeffrey R. Hunt, Esquire,   437 Grant Street, 14th Floor,   Frick Building,
               Pittsburgh, PA 15219-6101
14986780      +Township of Scott,   Goehring, Rutter & Boehm,   c/o Jeffrey R. Hunt, Esquire,
               437 Grant Street, 14th Floor,   Frick Building,   Pittsburgh, PA 15219-6101
14943765      +Township of Scott,   C/O Jordan Tax Service, Inc.,   102 Rahway Street,
               Canonsburg, PA 15317-3349
14943768     ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court: US Bank,   101 5th Street E,   Ste A,   Saint Paul, MN 55101)
14977012      +Varius Holdings, LLC,   PO BOX 1931,   Burlingame, CA 94011-1931

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14943689      +E-mail/Text: ally@ebn.phinsolutions.com Mar 30 2019 02:44:39    Ally Bank,   PO Box 130424,
               Saint Paul, MN 55113-0004
14943690      +E-mail/Text: bankruptcies@amerassist.com Mar 30 2019 02:46:23    Amerassist AR Solutions,
               445 Hutchinson Ave., Ste 5,   Columbus, OH 43235-8616
14943693      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 30 2019 02:51:14    American Info Source, LP,
               PO Box 248848,   Oklahoma City, OK 73124-8848
14943700      +E-mail/PDF: rmscedi@recoverycorp.com Mar 30 2019 02:51:35    Bureaus Investment Group,
               C/O Recovery Management,   25 SE 2nd Ave, Ste 1120,   Miami, FL 33131-1605
14943701      +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 30 2019 02:51:43    Cach, LLC,
               4340 S. Monaco St., Unit 2,   Denver, CO 80237-3485
14970368       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 30 2019 02:51:03
               Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
14943706      +E-mail/Text: nailda@centralcreditaudit.com Mar 30 2019 02:46:20    Central Credit Audit,
               100 N. 3rd Street,   Sunbury, PA 17801-2367
14943713      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 30 2019 02:45:01    Comenity Bank/Buckle,
               PO Box 182789,   Columbus, OH 43218-2789
14943714       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 30 2019 02:45:02    Comenity Bank/Vctssec,
               PO Box 18279,   Columbus, OH 43218
14943721      +E-mail/Text: vmcpherson@creditmanagementcompany.com Mar 30 2019 02:45:53
               Credit Management Co.,   2121 Noblestown Road,   Pittsburgh, PA 15205-3956
14943723      +E-mail/Text: mrdiscen@discover.com Mar 30 2019 02:44:40    Discover Bank,
               Discover Products Inc,   P.O. Box 3025,   New Albany, OH 43054-3025
14943724      +E-mail/Text: kburkley@bernsteinlaw.com Mar 30 2019 02:46:12    Duquesne Light Company,
               c/o Peter J. Ashcroft,   Bernstein-Burkley P.C.,   707 Grant Street, #2200, Gulf Tower,
               Pittsburgh, PA 15219-1945
14976925      +E-mail/Text: kburkley@bernsteinlaw.com Mar 30 2019 02:46:12    Duquesne Light Company,
               c/o Bernstein-Burkley, P.C.,   707 Grant St., Suite 2200, Gulf Tower,
               Pittsburgh, PA 15219-1945
14943725      +E-mail/Text: fnb.bk@fnfg.com Mar 30 2019 02:45:50    First Niagra Bank,   6950 S. Transit Road,
               Lockport, NY 14094-6333
14943731      +E-mail/Text: cio.bncmail@irs.gov Mar 30 2019 02:44:52    Internal Revenue Service,
               Insolvency Unit,   PO Box 7346,   Philadelphia, PA 19101-7346
14943732      +E-mail/Text: BKRMailOPS@weltman.com Mar 30 2019 02:44:56    Jared-Galleria of Jewelry,
               375 Ghent Rd.,   Akron, OH 44333-4601
14943737      +E-mail/Text: key_bankruptcy_ebnc@keybank.com Mar 30 2019 02:45:43    Key Bank,
               P.O. Box 94955,   Cleveland, OH 44101-4955
14943734      +E-mail/Text: key_bankruptcy_ebnc@keybank.com Mar 30 2019 02:45:42    Key Bank,
               Attn: Bankruptcy Dept,   127 Public Square,   Cleveland, OH 44114-1226
14976864      +E-mail/Text: key_bankruptcy_ebnc@keybank.com Mar 30 2019 02:45:43
               KeyBank National Association,   1675 Broadway,   Denver, CO 80202-4675
14943739      +E-mail/Text: bncnotices@becket-lee.com Mar 30 2019 02:44:49    Kohl's/Capone,
               N56 W 17000 Ridgewood Drive,   Menomonee Falls, WI 53051-5660
14951156       E-mail/Text: bkr@cardworks.com Mar 30 2019 02:44:31    MERRICK BANK,   Resurgent Capital Bank,
               PO Box 10368,   Greenville, SC 29603-0368
14943741      +E-mail/Text: bankruptcydpt@mcmcg.com Mar 30 2019 02:45:25    Midland Funding LLC,
               8875 Aero Drive,   Suite 200,   San Diego, CA 92123-2255
14985498      +E-mail/Text: csc.bankruptcy@amwater.com Mar 30 2019 02:46:16    PENNSYLVANIA AMERICAN WATER,
               PO BOX 578,   ALTON, IL 62002-0578
14943753       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 30 2019 02:51:35
               Portfolio Recovery Associates,   120 Corporate Blvd.,   Ste 100,   Norfolk, VA 23502
```

```
District/off: 0315-2          User: dbas              Page 3 of 4            Date Rcvd: Mar 29, 2019
                              Form ID: 314            Total Noticed: 98
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
14943755        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 30 2019 02:51:05
                Portfolio Recovery Associates LLC,   P.O. Box 12914,   Norfolk, VA 23541
14944110       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 30 2019 03:03:14
                PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14959865        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 30 2019 02:45:21
                Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
                Harrisburg, PA  17128-0946
14943756       +E-mail/Text: bnc-quantum@quantum3group.com Mar 30 2019 02:45:07      Quantum 3 Group, LLC,
                PO Box 788,   Kirkland, WA 98083-0788
14943758       +E-mail/Text: bnc-quantum@quantum3group.com Mar 30 2019 02:45:07      Quantum3 Group lLC,
                P.O. Box 788,   Kirkland, WA 98083-0788
14943760        E-mail/Text: appebnmailbox@sprint.com Mar 30 2019 02:45:22     Sprint Corp,
                Bankruptcy Department,   PO Box 7949,   Overland Park, KS 66207
14943761       +E-mail/PDF: gecsedi@recoverycorp.com Mar 30 2019 02:51:57      Synchrony Bank/Dicks,
                PO Box 965036,   Orlando, FL 32896-5036
14949538        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 30 2019 02:51:14      T Mobile/T-Mobile USA Inc,
                by American InfoSource as agent,   PO Box 248848,   Oklahoma City, OK  73124-8848
14943769       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 30 2019 02:44:35
                Verizon,   500 Technology Drive,   Suite #30,   Saint Charles, MO 63304-2225
14970521        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 30 2019 02:51:14      Verizon,
                by American InfoSource as agent,   PO Box 248838,   Oklahoma City, OK  73124-8838
14943770       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 30 2019 02:44:35
                Verizon Wireless,   P.O. Box 49,   Lakeland, FL 33802-0049
                                                                                  TOTAL: 35


              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr          Commonwealth of Pennsylvania, Department of Revenu
cr          PNC BANK NATIONAL  ASSOCIATION
cr*        +Duquesne Light Company,   c/o Bernstein-Burkley, P.C.,
            707 Grant Street, Suite 2200, Gulf Tower,   Pittsburgh, PA 15219-1945
cr*        +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
cr*        +Peoples Natural Gas Company LLC,   c/o S. James Wallace, P.C.,   845 N. Lincoln Ave.,
            Pittsburgh, PA 15233-1828
14943687*  +Allegheny General Contracting, Inc.,   566 Thomas Street Extension,
            Bridgeville, PA 15017-2816
14943696*  +Borough of Carnegie,   C/O Jordan Tax,   102 Rahway Road,   Canonsburg, PA 15317-3349
14943697*  +Borough of Carnegie,   C/O Jordan Tax,   102 Rahway Road,   Canonsburg, PA 15317-3349
14943698*  +Borough of Carnegie,   C/O Jordan Tax,   102 Rahway Road,   Canonsburg, PA 15317-3349
14993471*  +Borough of Carnegie,   Goehring, Rutter & Boehm,   c/o Jeffrey R. Hunt, Esquire,
            437 Grant Street, 14th Floor,   Frick Building,   Pittsburgh, PA 15219-6101
14943705*  +Carlynton School District,   C/O Jordan Tax Service Inc.,   102 Rahway Road,
            Canonsburg, PA 15317-3349
14943709*  +Chartiers Valley School District,   C/O Jordan Tax Services, Inc.,   102 Rahway Road,
            Canonsburg, PA 15317-3349
14943719*  +County of Allegheny,   C/O Jordan Tax Service, Inc.,   PO Box 200,   Bethel Park, PA 15102-0200
14943717*  +County of Allegheny,   C/O Jordan Tax Service,   102 Rahway Road,   Canonsburg, PA 15317-3349
14943720*  +County of Allegheny,   c/o Jordan Tax Service Inc,   102 Rahway Road,
            Canonsburg, PA 15317-3349
14943722*  +Credit Management Co.,   2121 Noblestown Road,   Pittsburgh, PA 15205-3956
14946601*   Discover Bank,   Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
14943726*  +First Niagra Bank,   6950 S. Transit Road,   Lockport, NY 14094-6333
14943727*  +First Niagra Bank,   6950 S. Transit Road,   Lockport, NY 14094-6333
14943735*  +Key Bank,   Attn: Bankruptcy Department,   127 Public Square,   Cleveland, OH 44114-1226
14943736*  +Key Bank,   Attn: Bankruptcy Department,   127 Public Square,   Cleveland, OH 44114-1226
14943743*  ++NATIONWIDE INSURANCE,   SERVICE OF PROCESS TEAM,   THREE NATIONWIDE PLAZA,   MAIL CODE 3-11-310,
            COLUMBUS OH 43215-2410
           (address filed with court: Nationwide Bank,   1 Nationwide Plaza,   Columbus, OH 43215)
14943745*   NCO Financial,   PO Box 13574,   Philadelphia, PA 19101
14943746*   NCO Financial,   PO Box 13574,   Philadelphia, PA 19101
14943747*   NCO Financial,   PO Box 13574,   Philadelphia, PA 19101
14943754*  ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
           (address filed with court: Portfolio Recovery Associates,   120 Corporate Blvd.,   Ste 100,
            Norfolk, VA 23502)
14977080*  ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
           (address filed with court: Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541)
14943757*  +Quantum 3 Group, LLC,   PO Box 788,   Kirkland, WA 98083-0788
14943766*  +Township of Scott,   C/O Jordan Tax Service, Inc.,   102 Rahway Street,
            Canonsburg, PA 15317-3349
14943767*  +Township of Scott,   C/O Jordan Tax Service, Inc.,   102 Rahway Street,
            Canonsburg, PA 15317-3349
14943686   ##+Allegheny General Contracting, Inc.,   566 Thomas street Extension,
            Bridgeville, PA 15017-2816
                                                                 TOTALS: 2, * 28, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-2          User: dbas            Page 4 of 4             Date Rcvd: Mar 29, 2019
                              Form ID: 314          Total Noticed: 98
```

```
               ***** BYPASSED RECIPIENTS (continued) *****
```

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 29, 2019 at the address(es) listed below:
```
          Christos A. Katsaounis   on behalf of Creditor   Commonwealth of Pennsylvania, Department of
           Revenue RA-occbankruptcy5@state.pa.us,   RA-occbankruptcy6@state.pa.us
          James  Warmbrodt    on behalf of Creditor   PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor    Township of Collier/Chartiers Valley School District
           jhunt@grblaw.com,  cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor    Township of Scott jhunt@grblaw.com,  cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor    Borough of Carnegie jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor    Carlynton School District jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor    City and School District of Pittsburgh jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor    Municipality of Mt. Lebanon jhunt@grblaw.com,
           cnoroski@grblaw.com
          Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Richard P. Gainey    on behalf of Debtor Annamaria  Loris richard.gainey@comcast.net,
           difatta1015@comcast.net
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                  TOTAL: 15
```