# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA
### PITTSBURGH DIVISION

In re:

ANNAMARIA LORIS

Debtor(s)

Case No. 18-24333GLT

---

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Ronda J. Winnecour, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1)  The case was filed on 11/04/2018.

2)  The plan was confirmed on  NA .

3)  The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1328 on  NA .

4)  The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5)  The case was dismissed on 05/24/2019.

6)  Number of months from filing to last payment: 0.

7)  Number of months case was pending: 7.

8)  Total value of assets abandoned by court order:  NA .

9)  Total value of assets exempted: $29,701.47.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

## Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $0.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $0.00

## Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $0.00 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $0.00

Attorney fees paid and disclosed by debtor:       $1,500.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ACCOUNT RECOVERY SERVICES | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| ALLIED INTERSTATE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ALLY BANK(*) | Unsecured | 2,271.53 | NA | NA | 0.00 | 0.00 |
| AMERASSIST AR SOLUTIONS++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN EXPRESS | Unsecured | 1,244.00 | 1,244.67 | 1,244.67 | 0.00 | 0.00 |
| AMERICAN EXPRESS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP | Unsecured | 551.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN WATER CO** | Unsecured | NA | 623.88 | 623.88 | 0.00 | 0.00 |
| BARCLAYS BANK DELAWARE | Unsecured | 2,153.00 | NA | NA | 0.00 | 0.00 |
| BRETT A SOLOMON ESQ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BUREAUS INVESTMENT GROUP | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| CACH LLC-ASSIGNEE | Unsecured | 510.00 | 509.62 | 509.62 | 0.00 | 0.00 |
| CAPITAL ACCOUNTS LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA) NA BY AN | Unsecured | 1,350.00 | 110.65 | 110.65 | 0.00 | 0.00 |
| CAPITAL ONE NA** | Unsecured | 0.00 | 1,350.40 | 1,350.40 | 0.00 | 0.00 |
| CARLYNTON SD (CARNEGIE BORO) ( | Secured | 7,150.00 | NA | NA | 0.00 | 0.00 |
| CARLYNTON SD (CARNEGIE) (RE) | Secured | 4,896.07 | 1,125.65 | 1,125.65 | 0.00 | 0.00 |
| CARLYNTON SD (CARNEGIE) (RE) | Secured | 0.00 | 112.57 | 112.57 | 0.00 | 0.00 |
| CARNEGIE BORO- R/E TAX** | Secured | 0.00 | 32.33 | 32.33 | 0.00 | 0.00 |
| CARNEGIE BORO- R/E TAX** | Secured | 1,876.54 | 323.33 | 323.33 | 0.00 | 0.00 |
| CARNEGIE BORO- R/E TAX** | Secured | 1,557.98 | NA | NA | 0.00 | 0.00 |
| CARNEGIE BOROUGH (SWG) | Secured | 514.84 | NA | NA | 0.00 | 0.00 |
| CARNEGIE BOROUGH (SWG) | Secured | 843.78 | 567.50 | 567.50 | 0.00 | 0.00 |
| CENTRAL CREDIT AUDIT INC | Unsecured | 960.00 | NA | NA | 0.00 | 0.00 |
| CERASTES LLC | Unsecured | 2,154.00 | NA | NA | 0.00 | 0.00 |
| CHARTIERS VALLEY SD & COLLIER | Priority | NA | 369.60 | 369.60 | 0.00 | 0.00 |
| CHARTIERS VALLEY SD (COLLIER)(F | Secured | 19,850.00 | 3,851.70 | 3,851.70 | 0.00 | 0.00 |
| CHARTIERS VALLEY SD (COLLIER)(F | Secured | 0.00 | 385.17 | 385.17 | 0.00 | 0.00 |
| CHARTIERS VALLEY SD (SCOTT) (RE | Secured | 0.00 | 2,763.14 | 0.00 | 0.00 | 0.00 |
| CHARTIERS VALLEY SD (SCOTT) (RE | Secured | 0.00 | 2,471.37 | 2,471.37 | 0.00 | 0.00 |
| CHARTIERS VALLEY SD (SCOTT) (RE | Secured | 6,950.00 | 2,988.10 | 2,988.10 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CHARTIERS VALLEY SD (SCOTT) (RE | Secured | 1,328.00 | 3,421.99 | 0.00 | 0.00 | 0.00 |
| CHASE(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITY & SCHOOL DIST OF PITTSBURG | Secured | 0.00 | 2,093.68 | 2,093.68 | 0.00 | 0.00 |
| CITY & SCHOOL DIST OF PITTSBURG | Secured | 9,250.00 | 7,611.84 | 7,611.84 | 0.00 | 0.00 |
| COLLIER TOWNSHIP (R/E) | Secured | 4,100.00 | 724.91 | 724.91 | 0.00 | 0.00 |
| COLLIER TOWNSHIP (R/E) | Secured | 0.00 | 72.49 | 72.49 | 0.00 | 0.00 |
| COMENITY BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CONVERGENT OUTSOURCING INCO | Unsecured | 740.00 | NA | NA | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (R/E TAX)* | Secured | 0.00 | 131.35 | 131.35 | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (R/E TAX)* | Secured | 0.00 | 777.72 | 777.72 | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (R/E TAX)* | Secured | 0.00 | 1,307.18 | 1,307.18 | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (R/E TAX)* | Secured | NA | 226.57 | 226.57 | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (R/E TAX)* | Secured | NA | 29.46 | 29.46 | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (R/E TAX)* | Secured | 0.00 | 860.84 | 0.00 | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (R/E TAX)* | Secured | 3,946.99 | 2,029.16 | 2,029.16 | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (R/E TAX)* | Secured | 1,075.00 | NA | NA | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (R/E TAX)* | Secured | 715.55 | 1,186.26 | 0.00 | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (R/E TAX)* | Secured | 2,585.00 | 1,035.86 | 1,035.86 | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (R/E TAX)* | Secured | 7,135.00 | 1,010.33 | 1,010.33 | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO | Unsecured | 142.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT CO | Unsecured | 255.00 | NA | NA | 0.00 | 0.00 |
| DEPARTMENT STORES NATIONAL B | Unsecured | 1,355.00 | NA | NA | 0.00 | 0.00 |
| DISCOVER BANK(*) | Unsecured | 7,882.00 | 7,882.86 | 7,882.86 | 0.00 | 0.00 |
| DUQUESNE LIGHT COMPANY* | Unsecured | 2,800.00 | 499.43 | 499.43 | 0.00 | 0.00 |
| DUQUESNE LIGHT COMPANY* | Unsecured | NA | 4,403.74 | 4,403.74 | 0.00 | 0.00 |
| FIRST NIAGARA BANK++ | Secured | 0.00 | NA | 15,500.00 | 0.00 | 0.00 |
| FIRST NIAGARA BANK++ | Secured | 37,868.84 | NA | NA | 0.00 | 0.00 |
| FIRST NIAGARA BANK++ | Secured | 37,433.00 | NA | NA | 0.00 | 0.00 |
| GOEHRING RUTTER & BOEHM | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GS JONES RESTORATION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEM INC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE* | Priority | 3,800.00 | NA | 3,800.00 | 0.00 | 0.00 |
| JARED - THE GALLERIA OF JEWELRY | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| JORDAN TAX SERVICE INC** | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| KEYBANK NA(*)    [REAL ESTATE] | Secured | 44,872.00 | NA | NA | 0.00 | 0.00 |
| KEYBANK NA** | Secured | 33,255.00 | 49,833.79 | 0.00 | 0.00 | 0.00 |
| KEYBANK NA** | Secured | 0.00 | 46,779.10 | 0.00 | 0.00 | 0.00 |
| KEYBANK NA** | Secured | 0.00 | 28,722.70 | 28,722.70 | 0.00 | 0.00 |
| KEYBANK NA** | Secured | 0.00 | 23,588.71 | 23,588.71 | 0.00 | 0.00 |
| KEYBANK NA** | Secured | NA | 211,868.65 | 211,868.65 | 0.00 | 0.00 |
| KEYBANK NA** | Unsecured | 1,251.00 | NA | NA | 0.00 | 0.00 |
| KEYBANK NA** | Unsecured | 2,481.00 | NA | NA | 0.00 | 0.00 |
| KEYBANK NA** | Unsecured | 1,820.00 | NA | NA | 0.00 | 0.00 |
| KIA MOTOR FINANCE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| KML LAW GROUP PC* | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MERRICK BANK | Unsecured | 0.00 | 26,799.31 | 26,799.31 | 0.00 | 0.00 |
| MIDLAND FUNDING | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MUNICIPALITY OF MT LEBANON (ST | Secured | NA | 263.44 | 263.44 | 0.00 | 0.00 |
| MUNICIPALITY OF MT LEBANON (ST | Secured | NA | 155.69 | 155.69 | 0.00 | 0.00 |
| MUNICIPALITY OF MT LEBANON (SV | Secured | NA | 228.52 | 228.52 | 0.00 | 0.00 |
| NATIONWIDE BANK | Secured | 0.00 | NA | 18,000.00 | 0.00 | 0.00 |
| NATIONWIDE BANK | Secured | 50,992.00 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL**++ | Unsecured | 199.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL**++ | Unsecured | 148.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL**++ | Unsecured | 145.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL**++ | Unsecured | 28.00 | NA | NA | 0.00 | 0.00 |
| NEJ ABATEMENT GROUP++ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE* | Unsecured | NA | 127.67 | 127.67 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PA DEPARTMENT OF REVENUE* | Priority | NA | 568.86 | 568.86 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE* | Secured | NA | 4,194.16 | 4,197.16 | 0.00 | 0.00 |
| PEOPLES NATURAL GAS CO LLC* | Unsecured | NA | 590.17 | 590.17 | 0.00 | 0.00 |
| PITTSBURGH WATER & SEWER AUTH | Secured | 157.42 | 2,411.11 | 2,411.11 | 0.00 | 0.00 |
| PITTSBURGH WATER & SEWER AUTH | Secured | NA | 373.81 | 373.81 | 0.00 | 0.00 |
| PNC BANK NA | Secured | 0.00 | 28,467.88 | 28,467.88 | 0.00 | 0.00 |
| PNC BANK NA | Secured | 263,117.12 | 282,827.92 | 0.00 | 0.00 | 0.00 |
| PNC BANK NA | Unsecured | 70,000.00 | NA | NA | 0.00 | 0.00 |
| PNC BANK NA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 1,412.00 | 1,694.23 | 1,694.23 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 2,051.00 | 1,377.30 | 1,377.30 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 0.00 | 1,829.26 | 1,829.26 | 0.00 | 0.00 |
| PRA AG FUNDING LLC | Unsecured | 1,302.00 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 1,207.00 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 802.00 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 1,345.00 | NA | NA | 0.00 | 0.00 |
| SCOTT TOWNSHIP (RE) | Secured | 199.09 | NA | NA | 0.00 | 0.00 |
| SCOTT TOWNSHIP (SWG & MUN FEE) | Secured | NA | 1,646.20 | 0.00 | 0.00 | 0.00 |
| SCOTT TOWNSHIP (SWG & MUN FEE) | Secured | NA | 1,155.69 | 0.00 | 0.00 | 0.00 |
| SCOTT TOWNSHIP (SWG) | Secured | 0.00 | 894.86 | 894.86 | 0.00 | 0.00 |
| SCOTT TOWNSHIP (SWG) | Secured | 2,740.00 | 605.42 | 605.42 | 0.00 | 0.00 |
| SCOTT TOWNSHIP (SWG) | Secured | 671.33 | NA | NA | 0.00 | 0.00 |
| SCOTT TOWNSHIP** | Unsecured | 0.00 | 280.39 | 280.39 | 0.00 | 0.00 |
| SPRINT CORP(*) | Unsecured | 2,420.00 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK | Unsecured | 510.00 | NA | NA | 0.00 | 0.00 |
| T MOBILE/T-MOBILE USA INC BY AM | Unsecured | NA | 1,763.10 | 1,763.10 | 0.00 | 0.00 |
| TEK COLLECT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| THE BUREAUS | Unsecured | 11,221.00 | NA | NA | 0.00 | 0.00 |
| VARIUS HOLDINGS LLC | Unsecured | NA | 594.01 | 594.01 | 0.00 | 0.00 |
| VERIZON BY AMERICAN INFOSOURCE | Unsecured | 2,322.00 | 2,235.99 | 2,232.99 | 0.00 | 0.00 |
| VERIZON BY AMERICAN INFOSOURCE | Unsecured | 1,859.00 | 1,824.38 | 1,824.38 | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $114,279.29 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $249,906.93 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$364,186.22** | **$0.00** | **$0.00** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $4,738.46 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$4,738.46** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$55,738.06** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $0.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS** : | **$0.00** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 06/10/2019         By: /s/ Ronda J. Winnecour
                                                  Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**